LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

Nicholas J. Siciliano (*pro hac vice forthcoming*)
   *nicholas.siciliano@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

Whitney B. Weber (Bar No. 281160)
   *whitney.weber@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
   *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Christian Gormsen, Adam Laponis, Josh Makower, Juliet Bakker, Peter Tuxen Bisgaard, Doug Hughes, Geoff Pardo, Nina Richardson, A. Brooke Seawell, and David Wu and Nominal Defendant Eargo, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA WOLFSON, Derivatively on Behalf of EARGO, INC., <br><br> Plaintiff, <br> vs. <br><br> CHRISTIAN GORMSEN, JOSHUA MAKOWER, DOUGLAS J. HUGHES, NINA LOUISE RICHARDSON, KATIE J. BAYNE, PETER TUXEN BISGAARD, A. BROOKE SEAWELL, and DAVID WU, <br><br> Defendants, <br> and <br><br> EARGO, INC., <br> Nominal Defendant. | Case No.: 3:21-cv-09342-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ACTION AND RELATED MATTERS** <br><br> Hon. Charles R. Breyer |

**WHEREAS**, on December 3, 2021, Plaintiff Barbara Wolfson ("Wolfson") filed a shareholder derivative action on behalf of nominal defendant Eargo, Inc. ("Eargo" or the "Company") in this Court alleging claims for breach of fiduciary duty, waste of corporate assets, aiding and abetting and for violations of Section 14(a) of the Securities Exchange Act of 1934 ("Exchange Act") against defendants Christian Gormsen, Joshua Makower, Douglas J. Hughes, Nina Louise Richardson, Katie J. Bayne, Peter Tuxen Bisgaard, A. Brooke Seawell, and David Wu (collectively, the "Individual Defendants," and with Eargo, "Defendants," Wolfson and Defendants, the "Parties"), captioned *Wolfson v. Gormsen et al.*, Case No. 3:21-cv-09342-CRB (the "Action");

**WHEREAS**, a factually related consolidated securities class action captioned *In re Eargo, Inc. Securities Litigation*, Case No. 3:21-cv-08597-CRB (N.D. Cal.), is currently pending in this Court (the "Class Action"), in which the plaintiffs assert federal securities law claims against the Company and certain of its officers and directors, and in which Defendants anticipate filing a motion to dismiss;

**WHEREAS**, this Action has been related to the Class Action (Dkt. No. 15);

**WHEREAS**, although Wolfson contends that this Action has merit independent of and is not dependent on the outcome of the Class Action, the Parties agree that the resolution of the anticipated motion(s) to dismiss in the Class Action may help inform the manner in which this Action proceeds;

**WHEREAS**, in an effort to proceed in the most efficient manner, the Parties agree that this Action should be temporarily stayed until the resolution of the motion(s) to dismiss that the defendants in the Class Action anticipate filing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. This Action, including all deadlines and hearings, is hereby stayed until the motion to dismiss that the defendants in the Class Action anticipate filing has been decided by the Court. The Parties shall confer in good faith within thirty (30) days after the Court's decision on the motion to dismiss and submit a status report to the Court within thirty (30) days thereafter. If the parties agree that the stay should be lifted, they shall submit a proposed case schedule in the status report. If the parties disagree regarding the continuation of the stay after a decision on the anticipated motion to dismiss in the Class Action, the party that seeks to continue the stay may move the Court to continue the stay. The stay will remain in effect during the pendency of such a motion to continue the stay.

2. Defendants shall promptly notify Wolfson of any factually related derivative actions that are filed against Defendants. Wolfson reserves the option to terminate this stay if any factually related derivative action is not stayed for a similar or longer duration by giving Defendants thirty (30) days' notice in writing via email to the undersigned counsel for Defendants. During the thirty (30) days following written notice, the Parties will confer in good faith regarding a proposed schedule.

3. Notwithstanding the staying of the Action, Wolfson may file an amended complaint during the pendency of the stay. Defendants shall not be obligated to respond to the current complaint or any subsequent complaint while the Action is stayed, and Defendants reserve all rights, objections, and defenses with respect to any subsequent complaint.

4. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, and defenses, including but not limited to *forum non conveniens*, improper venue, and any other procedural or substantive challenge to the Action.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2022 | **LATHAM & WATKINS LLP** |
| 2 | | By: /s/ *Michele D. Johnson* |
| 3 | | Michele D. Johnson |
| | | 650 Town Center Drive, 20th Floor |
| 4 | | Costa Mesa, CA 92626-1925 |
| | | Telephone: (714) 540-1235 |
| 5 | | Facsimile: (714) 755-8290 |
| | | Email: michele.johnson@lw.com |
| 6 | | |
| | | *Counsel for Defendants and Nominal* |
| 7 | | *Defendant* |
| 8 | Dated: February 25, 2022 | **WEISSLAW LLP** |
| 9 | | By: [signature] |
| | | Joel E. Elkins |
| 10 | | 611 Wilshire Blvd., Suite 808 |
| | | Los Angeles, California 90017 |
| 11 | | Telephone: (310) 208-2800 |
| | | Facsimile: (310) 209-2348 |
| 12 | | Email: jelkins@weisslawllp.com |
| 13 | | *Counsel for Plaintiff Wolfson* |

IT IS SO ORDERED this ___ day of ~~February 2022~~ March 1, 2022.

[signature]

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE