Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISS LAW**
8383 Wilshire Blvd. #935
Beverly Hills, CA 90211
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EARGO, INC. DERIVATIVE LITIGATION | Lead Case No. 3:21-cv-09342-CRB |
| | **STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

Plaintiffs Barbara Wolfson and Brodie Woodward (collectively, "Plaintiffs"), derivatively on behalf of Eargo, Inc. ("Eargo" or the "Company"), and defendants Christian Gormsen, Joshua Makower, Douglas J. Hughes, Nina Louise Richardson, Katie J. Bayne, Peter Tuxen Bisgaard, A. Brooke Seawell, David Wu, Adam Laponis, Juliet Tammenoms Bakker, and Geoff Pardo (together with Eargo, "Defendants") (Defendants and Plaintiffs, the "Parties"), have conferred, through counsel, and agree that Plaintiffs shall voluntarily dismiss the above-captioned consolidated action (the "Action") pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, Nominal Defendant, and/or any other former Eargo stockholder. As of February 16, 2024, Eargo ceased to be a public company, and therefore, former Eargo stockholders (including Plaintiffs) no longer have standing to pursue derivative claims purportedly on Eargo's behalf. The Parties, by and through their undersigned counsel, hereby stipulate:

WHEREAS, the Court consolidated and stayed the Action on August 4, 2022 (Dkt. No. 28) and no further activity has occurred in the Action;

WHEREAS, as noted in Eargo's Form 8-K filed with the United States Securities and Exchange Commission ("SEC") on February 16, 2024, and publicly available on the SEC website at www.sec.gov/edgar, Eargo was acquired by PSC Echo Parent LLC in a transaction that closed February 16, 2024, on which date Eargo became a private company ("Take-Private Transaction");

WHEREAS, as a result of the Take-Private Transaction, Plaintiffs are no longer Eargo stockholders and thus lack standing to pursue the claims asserted in the Action;

WHEREAS, the Parties agree that dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees, costs, and expenses incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to former Eargo stockholders of this dismissal is not necessary and would be unduly burdensome because (1) former Eargo stockholders lack standing to assert derivative claims like those asserted in the Action given Eargo is no longer a public company; (2) the dismissal is nonetheless without prejudice; (3) the Action has been stayed without any activity since August 2022; (4) there has been no settlement

STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING ACTION

1

or compromise of the Action; (5) there has been no collusion among the parties; (6) neither Plaintiffs nor their counsel has received or will receive, directly or indirectly, any consideration from Defendants for the dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel of record, and subject to approval of this Court, as follows:

1.      This Action, including all actions consolidated into the Action, shall be dismissed, on the terms provided for in this Stipulation and Proposed Order, without prejudice.

2.      Notice to former Eargo stockholders of this dismissal is unnecessary, including because (1) former Eargo stockholders lack standing to assert derivative claims like those asserted in the Action given Eargo is no longer a public company; (2) the dismissal is nonetheless without prejudice; (3) the Action has been stayed without any activity since August 2022; (4) there has been no settlement or compromise of the Action; (5) there has been no collusion among the parties; and (6) neither Plaintiffs nor their counsel has received or will receive, directly or indirectly, any consideration from Defendants for the dismissal.

3.      The Parties shall bear their own fees, costs, and expenses in connection with the Action.

Dated: February 26, 2024                    Respectfully submitted,

                                            **WEISS LAW**

                                            */s/ Joel E. Elkins*
                                            Joel E. Elkins (SBN 256020)
                                            8383 Wilshire Blvd., Suite 935
                                            Beverly Hills, CA 90211
                                            Telephone: (310) 208-2800

                                            David C. Katz
                                            Mark D. Smilow
                                            Joshua M. Rubin
                                            305 Broadway, 7th Floor
                                            New York, NY 10007
                                            Telephone: (212)682-3025

                                            *Co-Lead Counsel for Plaintiffs*

STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING ACTION

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*

Jennifer Pafiti
Ari Y. Basser
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8494

Gustavo F. Bruckner
Samuel J. Adams
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100

*Co-Lead Counsel for Plaintiffs*

**SHUMAN, GLENN & STECKER**

Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
brett@shumanlawfirm.com

*Additional Counsel for Plaintiff Woodward*

**LATHAM & WATKINS LLP**

*/s/ Nicholas J. Siciliano*

Nicholas J. Siciliano (admitted pro hac vice)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: nicholas.siciliano@lw.com

Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 755-8113
michele.johnson@lw.com

Whitney B. Weber (SBN 281160)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 395-8211
whitney.weber@lw.com

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION

3

Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 470-4941
daniel.gherardi@lw.com

*Counsel for Defendants and Nominal Defendant*

STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING ACTION

4

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.


Dated: February 26, 2024                    /s/ *Joel E. Elkins*
                                             Joel E. Elkins


\*   \*   \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _February 26, 2024_

                                             _____
                                             The Honorable Charles R. Breyer
                                             United States District Judge